**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————

**No. 97-6163**

———————

DAVID R. REDMOND,

Plaintiff - Appellant,

versus

BENJAMIN MONTGOMERY; WILLIE WELDON; SHERRY
LOPEZ; WILLIAM BRIGHTHARP; ANGELA P. RUIZ;
OFFICER GROVIER; GLENDA HINMAN; JEAN RANDALL,

Defendants - Appellees.

———————

Appeal from the United States District Court for the District of
South Carolina, at Florence.  Joseph F. Anderson, Jr., District
Judge.  (CA-96-488-4-17AK)

———————

Submitted:  August 28, 1997      Decided:  September 16, 1997

———————

Before WILKINS, WILLIAMS, and MICHAEL, Circuit Judges.

———————

Affirmed by unpublished per curiam opinion.

———————

David R. Redmond, Appellant Pro Se.  Marvin Coleman Jones, BOGOSLOW
& JONES, Walterboro, South Carolina, for Appellees.

———————

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Appellant appeals the district court's order denying relief on his 42 U.S.C. § 1983 (1994) complaint. We have reviewed the record and the district court's opinion accepting the magistrate judge's recommendation and find no reversible error. Accordingly, we affirm on the reasoning of the district court. <u>Redmond v. Montgomery</u>, No. CA-96-488-4-17AK (D.S.C. Jan. 13, 1997). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>AFFIRMED</u>